Ted W. Cassman (Cal. Bar 98932)
Laurel Headley (Cal. Bar 152306)
ARGUEDAS, CASSMAN, HEADLEY & GOLDMAN LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:    (510) 845-3000
Facsimile:     (510) 845-3003
*Counsel for Defendant*
LIANG CHEN

Leland B. Altschuler (CA SBN 81459)
LAW OFFICES OF LELAND B. ALTSCHULER
1580 Cañada Lane
Woodside, CA 94062
Telephone: (650) 328-7917
Facsimile: (650) 989-4200
*Counsel for Defendant*
DONALD OLGADO

Daniel Olmos (CA SBN 235319)
Evan C. Greenberg (CA SBN 271356)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Telephone: (650) 326-2980
Facsimile: 650-326-9704
*Counsel for Defendant*
WEI-YUNG HSU

Bruce C. Funk (CA SBN 122340)
LAW OFFICE OF BRUCE C. FUNK
46 W. Santa Clara Street
San Jose, CA 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
*Counsel for Defendant*
ROBERT EWALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIANG CHEN,<br>DONALD OLGADO,<br>WEI-YUNG HSU, and<br>ROBERT EWALD<br><br>　　　　Defendants. | Case No. CR 17-00603 BLF<br><br>NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE SEIZED DURING EXECUTION OF SEARCH WARRANTS FOR (1) LACK OF PROBABLE CAUSE, (2) LACK OF PARTICULARITY, (3) OVERBREADTH AND (4) *FRANKS* VIOLATIONS; REQUEST FOR EVIDENTIARY HEARING<br><br>Date:  October 23, 2020<br>Time:  9:00 a.m.<br>Dept.:  Courtroom No. 3 |

TO THIS HONORABLE COURT, THE CLERK, AND GOVERNMENT COUNSEL:

PLEASE TAKE NOTICE that on October 23, 2020, at 9:00 A.M., or as soon thereafter as this matter may be heard, Defendants Liang Chen, Donald Olgado and Robert Ewald will and hereby do respectfully move this Court for an Order suppressing all evidence, observations, testimony, and things obtained as a result of (1) the execution of a search warrant at the residence of Mr. Olgado on March 12, 2013, and (2) the execution of a search warrant for the personal email accounts of Mr. Chen (liangchen15155@gmail.com), Mr. Olgado (donald83@gmail.com), and Mr. Ewald (rewald79@gmail.com) on March 11, 2013.

The motion is made on the grounds that said warrants issued without probable cause, that probable cause was vitiated by deliberate and/or reckless misrepresentations of material fact, and that the warrants were overbroad and lacked sufficient particularity, all in violation of Defendants' Fourth Amendment rights to be free of unreasonable searches and seizures.

Defendants request an evidentiary hearing on these claims.

The motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Leland B. Altschuler, Declaration of Bruce C. Funk, the Declaration of Donald Olgado, the pleadings and papers filed in this Matter, the warrant and affidavit in Misc. No. 13-70256 PSG, and on such other argument and evidence as may be presented during the hearing on this matter.

Dated:  August 28, 2020

Respectfully submitted,

ARGUEDAS, CASSMAN, HEADLEY & GOLDMAN LLP


By:  /s/ Ted W. Cassman
Ted W. Cassman
Attorneys for Defendant
Liang Chen