UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-00603 BLF |
| Plaintiff, | ) ) | |
| v. | ) ) | **VERDICT FORM** |
| LIANG CHEN, DONALD OLGADO, WEI-YUNG HSU, and ROBERT EWALD, | ) ) ) ) ) | |
| Defendants. | ) | |

### FIRST COUNT: 18 U.S.C. § 1832(a)(5)

1. We, the Jury, unanimously find Defendant Liang Chen

    NOT GUILTY_____          GUILTY_____

    We, the Jury, unanimously find Defendant Donald Olgado

    NOT GUILTY_____          GUILTY_____

    We, the Jury, unanimously find Defendant Wei-Yung Hsu

    NOT GUILTY ✓          GUILTY_____

    We, the Jury, unanimously find Defendant Robert Ewald

    NOT GUILTY ✓          GUILTY_____

of Conspiracy to Possess Stolen Trade Secrets beginning in approximately September 2012 and

continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(5), as charged in Count One of the Indictment. We unanimously find that the defendants agreed to commit the following crime(s):

 _____ knowingly and without authorization steals, appropriates, takes, carries away, and conceals, and by fraud, artifice, and deception obtains such information, in violation of Title 18, United States Code, Section 1832(a)(1);

 _____ knowingly and without authorization copies, duplicates, sketches, draws, photographs, downloads, uploads, alters, destroys, photocopies, replicates, transmits, delivers, sends, mails, communicates, and conveys such information, in violation of Title 18, United States Code, Section 1832(a)(2); or

 _____ knowingly receives, buys, and possesses such information, knowing the same to have been stolen and appropriated, obtained, and converted without authorization, in violation of Title 18, United States Code, Section 1832(a)(3).

We also find that one of the members of the conspiracy performed an overt act on or after November 30, 2012 in furtherance of the conspiracy as identified in Jury Instruction No. 38.

### SECOND COUNT: 18 U.S.C. § 1832(a)(3) and (2)

2. We, the Jury, unanimously find Defendant Liang Chen

 NOT GUILTY __✓__     GUILTY _____

We, the Jury, unanimously find Defendant Donald Olgado

 NOT GUILTY _____     GUILTY __✓__

of Possession of Stolen Trade Secrets, specifically Trade Secret A (Weldment Outrigger Autoloader Base), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Two of the Indictment.

**THIRD COUNT: 18 U.S.C. § 1832(a)(3) and (2)**

3. We, the Jury, unanimously find Defendant Liang Chen

NOT GUILTY ✓          GUILTY_____

We, the Jury, unanimously find Defendant Donald Olgado

NOT GUILTY_____          GUILTY ✓

of Possession of Stolen Trade Secrets, specifically Trade Secret B (Window Robot Display Autoloader RFP), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Three of the Indictment.

**FOURTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)**

4. We, the Jury, unanimously find Defendant Liang Chen

NOT GUILTY ✓          GUILTY_____

We, the Jury, unanimously find Defendant Donald Olgado

NOT GUILTY_____          GUILTY ✓

of Possession of Stolen Trade Secrets, specifically Trade Secret C (Gas Distribution Assy Neon Showerhead), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Four of the Indictment.

**FIFTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)**

5. We, the Jury, unanimously find Defendant Liang Chen

NOT GUILTY ✓          GUILTY_____

We, the Jury, unanimously find Defendant Donald Olgado

NOT GUILTY_____          GUILTY ✓

of Possession of Stolen Trade Secrets, specifically Trade Secret D (Mo Gas Deflector III-60 Assy), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Five of the Indictment.

### SIXTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)

6.  We, the Jury, unanimously find Defendant Liang Chen

   NOT GUILTY __✓__          GUILTY _____

We, the Jury, unanimously find Defendant Donald Olgado

   NOT GUILTY _____          GUILTY __✓__

of Possession of Stolen Trade Secrets, specifically Trade Secret E (Bearing, Rotating Reflector, Bottom, Version 2B (023 THK)), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Six of the Indictment.

### SEVENTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)

7.  We, the Jury, unanimously find Defendant Liang Chen

   NOT GUILTY __✓__          GUILTY _____

We, the Jury, unanimously find Defendant Donald Olgado

   NOT GUILTY _____          GUILTY __✓__

of Possession of Stolen Trade Secrets, specifically Trade Secret F (Bracket, Bearing Support, Lower Lamp Module, MOCVD, Neon), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Seven of the Indictment.

### EIGHTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)

8.  We, the Jury, unanimously find Defendant Liang Chen

   NOT GUILTY __✓__          GUILTY _____

We, the Jury, unanimously find Defendant Donald Olgado

   NOT GUILTY _____          GUILTY __✓__

of Possession of Stolen Trade Secrets, specifically Trade Secret G (Assy, Carrier Pallet, NLighten CDS), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Eight of the Indictment.

**NINTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)**

9.  We, the Jury, unanimously find Defendant Liang Chen

   NOT GUILTY ✓        GUILTY ____

We, the Jury, unanimously find Defendant Donald Olgado

   NOT GUILTY ____      GUILTY ✓

of Possession of Stolen Trade Secrets, specifically Trade Secret H (Inter Connect, Weldment 2, Hydride Pallet, Phase I), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Nine of the Indictment.

**TENTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)**

10. We, the Jury, unanimously find Defendant Liang Chen

   NOT GUILTY ✓        GUILTY ____

We, the Jury, unanimously find Defendant Donald Olgado

   NOT GUILTY ____      GUILTY ✓

of Possession of Stolen Trade Secrets, specifically Trade Secret I (Assembly, Hydride Pallet, NLighten, CDS), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Ten of the Indictment.

**ELEVENTH COUNT: 18 U.S.C. § 1832(a)(3) and (2)**

11. We, the Jury, unanimously find Defendant Liang Chen

   NOT GUILTY ✓        GUILTY ____

We, the Jury, unanimously find Defendant Donald Olgado

   NOT GUILTY ____      GUILTY ✓

of Possession of Stolen Trade Secrets, specifically Trade Secret J (Manifold CFW Mainframe Block 2), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Eleven of the Indictment.

**TWELVETH COUNT: 18 U.S.C. § 1832(a)(3) and (2)**

12. We, the Jury, unanimously find Defendant Liang Chen

    NOT GUILTY ✓        GUILTY _____

We, the Jury, unanimously find Defendant Donald Olgado

    NOT GUILTY _____        GUILTY ✓

of Possession of Stolen Trade Secrets, specifically Trade Secret K (Blank Off, Top Mount, Robort/Adapter 300 MM), on a date unknown, but on or after November 30, 2012, and continuing to approximately December 2012, in violation of 18 U.S.C. § 1832(a)(3) and (2), as charged in Count Twelve of the Indictment.

DATED: 8/24/21

                                                  Matthew Gard
                                                  JURY FOREPERSON